UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 19-CR-00027 (ESH) |
| TREVONTA BARNES, | : |
| Defendant. | : |

**ORDER**

In a hearing before Magistrate Judge Robinson on October 28, 2019, defendant Trevonta Barnes entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. (*See* Report & Recommendation, ECF No. 83.) The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within 14 days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.



ELLEN S. HUVELLE
United States District Judge

Date: November 12, 2019